**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alberto PINA, Defendant—Appellant.**

No. 10–50404.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Robert Edward Dugdale, Kevin M. Lally, Michael J. Raphael, Esquire, Assistant

---

by Ninth Circuit Rule 36–3.

U.S., Office of the U.S. Attorney, Brian R. Michael, Counsel, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, for Plaintiff–Appellee.

Marcia J. Brewer, Esquire, Law Offices of Marcia J. Brewer, Culver City, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Alberto Pina appeals from the 360–month sentence imposed following his convictions for Racketeer Influenced and Corrupt Organizations conspiracy under 18 U.S.C. § 1962(d), and being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pina contends that his sentence is substantively unreasonable. Given the district court's factual findings, Pina's low-end Guidelines sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Stoterau,* 524 F.3d 988, 997 (9th Cir.2008); U.S.S.G. § 1B1.3(a)(1)(B).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.